

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Ben Kuruvilla**
*Special Federal Litigation*
(212) 356-3513
(212) 788-9776 (fax)
bkuruvil@law.nyc.gov

January 15, 2015

**Via ECF**
Hon. Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Fitzgerald Brown. v. City of New York, et al.,
                13-cv-4946 (CBA)(MDG)

Dear Judge Amon:

      I represent the defendants in this action. The parties have agreed to settle this case. Please find enclosed an executed stipulation and order of dismissal, which is being submitted for the Court's endorsement.

      I thank the Court for its time and consideration of this request.

                                          Respectfully submitted,

                                          */s/ Ben Kuruvilla*

                                          Ben Kuruvilla

cc:    **By ECF**
        Brett Klein, Esq.
         *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

FITZGERALD BROWN,

                                                       Plaintiff,

-against-

THE CITY OF NEW YORK, RICHARD CHARLES, JOSE
SANDOVAL, FRANTZ SOUFFRANT, DAVID
ROSENBERG and DAMON MARTIN,

                                                       Defendants.

------------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

13-cv-4946 (CBA)(MDG)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.     The above-referenced action is hereby dismissed with prejudice; and

2.       Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2014

LEVENTHAL & KLEIN, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, NY 11201
718-722-4100

By: _____
Brett Klein
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City, Charles,
   Sandoval, Souffrant, Rosenberg and
   Martin*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Ben Kuruvilla
*Senior Counsel*

SO ORDERED:

_____
HON. CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2014